FILED
CHARLOTTE, NC
MAY 19 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | UNDER SEAL |
| ) | |
| ) | Docket No. 5:09-cr-27 |
| v. ) | |
| ) | ORDER SEALING |
| BERNARD VON NOTHAUS *et al* ) | INDICTMENT AND |
| ) | OTHER DOCUMENTS |

UPON MOTION of the United States of America, by and through Edward R. Ryan, Acting United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 19th day of May 2009.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE