UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
IN COURT
ASHEVILLE, N.C.

JUN 0 3 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR27 |
| | ) | |
| vs. | ) | **ORDER TO UNSEAL INDICTMENT** |
| | ) | |
| BERNARD VON NOTHAUS, ET. AL. | ) | |
| | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 3rd day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE