UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:09CR27-2 |
| | ) | |
| vs. | ) | MOTION TO DISMISS |
| | ) | |
| (2)WILLIAM KEVIN INNES, | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court endorsed on the attached Order for Dismissal, the United States Attorney for the Western District of North Carolina hereby dismisses the above-captioned Bill of Indictment (as it relates to this Defendant only) in the above captioned case with prejudice. The defendant entered a plea of guilty to related offenses in 5:11 po 0001-DLK.

Respectfully submitted, this the 26th day of April, 2011.

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

/S/Jill Westmoreland Rose
JILL WESTMORELAND ROSE
ASSISTANT UNITED STATES ATTORNEY
100 Otis Street, Ste. 233
Asheville, North Carolina 28801
Telephone: (828)271-4661
Facsimile: (828)271-4670
Email: jill.rose@usdoj.gov

CERTIFICATE OF SERVICE

This day a copy of this motion was served on the defendants, via ECF filing, through the following counsel of record:

Claire J. Rauscher (Innes)
Claire_Rauscher@fd.org

Aaron E. Michel (von NotHaus)
mail@aaronmichel.com

Joe VonKallis (Bledsoe)
joevonkallist@yahoo.com

Matthew G. Pruden (Moseley)
mpruden@tinfulton.com

This the 26th day of April, 2011.

/s Jill Westmoreland Rose