**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL DOCKET NO. 5:09CR27-2-V**

**UNITED STATES OF AMERICA**      )
                                    )
           **vs.**                     )          **ORDER FOR DISMISSAL**
                                    )
**(2) WILLIAM  KEVIN INNES**        )
_____ )

Leave of Court is hereby granted for the dismissal of the Bill of Indictment and

subsequent Superseding Bill of Indictment (as each relates to Defendant William Kevin Innes

only) in the above-captioned case without prejudice.

Signed: April 27, 2011

Richard L. Voorhees
United States District Judge